UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BONWICK CAPITAL PARTNERS, LLC,   :

               Plaintiff,        :

                                       Index No.: 17-cv-03681-PGG
                            :

                            :       Hon. Gardephe
   -against-
                            :
BOUSTEAD SECURITIES, LLC,
SHINECO, INC. and                  :
NETWORK 1 FINANCIAL
SECURITIES, INC.                    :
            Defendants.
------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

WHEREFORE Plaintiff has brought claims pursuant to the Complaint in this matter against Defendants Boustead Securities, LLC, Shineco, Inc. and Network 1 Financial Securities, Inc.; and

WHEREFORE Defendants Boustead Securities, LLC, and Network 1 Financial Securities, Inc. have submitted letters to the Court indicating that they believe FINRA Dispute Resolution is the proper forum for resolution of the claims at issues as against them; and

WHEREFORE Plaintiff has agreed to submit its claims as against Defendants Boustead Securities, LLC, and Network 1 Financial Securities, Inc. to binding arbitration before FINRA Dispute Resolution;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed without prejudice against Defendants Boustead Securities, LLC and Network 1 Financial Securities, Inc. pursuant to the

Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Defendants Boustead Securities, LLC and Network 1 Financial Securities, Inc. agree that in the event FINRA Dispute Resolution refuses jurisdiction or otherwise refuses to hold an arbitration proceeding capable of resolving the claims in the Complaint, then Plaintiff has the right to (i) bring them back into this litigation, assuming this litigation is then pending; or (ii) initiate a new litigation before this Court, which will retain jurisdiction over the parties, should the instant litigation have been disposed of in the interim.

Dated: January 5, 2018

GORDON & REES
SCULLY MANSUKHANI

By: /s/ Peter G. Siachos
    Peter G. Siachos, Esq.
    18 Columbia Turnpike
    Suite 220
    Florham Park, NJ 07932
    *Attorneys for Network 1 Financial Securities, Inc.*

PHILLIPSON & URETSKY, LLP

By: /s/ Jonathan C. Uretsky
    Jonathan C. Uretsky
    111 Broadway, 8th Floor
    New York, New York 10006
    *Attorneys for Plaintiff*

HUNTER TAUBMAN FISCHER & LI LLC

By: /s/ Mark David Hunter
    Mark David Hunter, Esq.
    2 Alhambra Plaza, Suite 650
    Coral Gables, Florida 33134
    *Attorneys for Boustead Securities, LLC*