UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BONWICK CAPITAL PARTNERS, LLC,

                Plaintiff,                        17 Civ. 3681 (PGG)

    -against-

BOUSTEAD SECURITIES, LLC, SHINECO, INC.        **NOTICE OF MOTION TO**
and NETWORK 1 FINANCIAL SECURITIES,           **WITHDRAW AS COUNSEL**
INC.

                Defendants.
-----------------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the Affirmation of Harry H. Rimm, dated June 13, 2018, the accompanying memorandum of law, and all prior pleadings and proceedings had herein, Sullivan & Worcester LLP ("S&W"), counsel for defendant Shineco, Inc. ("Shineco"), will respectfully move this Court before the Honorable Paul G. Gardephe, United States Courthouse, 40 Foley Square, New York, New York, for an order (a) pursuant to Local Civil Rule 1.4 permitting S&W to withdraw as counsel of record for Shineco and (b) staying this matter for a period of thirty days to give Shineco time to find new counsel.

Dated:  New York, New York               SULLIVAN & WORCESTER LLP
         June 13, 2018

                                         By: /s/Harry H. Rimm
                                             Harry H. Rimm
                                             Clark A. Freeman

                                         1633 Broadway, 32nd Floor
                                         New York, New York 10019
                                         Telephone: (212) 660-3000
                                         Email:  hrimm@sandw.com

                                         *Counsel for Defendant Shineco, Inc.*

TO:    Jonathan C. Uretsky, Esq.
Phillipson & Uretsky, LLP
111 Broadway, 8th Floor
New York, New York 10006
Telephone: ( 212) 571-1164
Email: uretsky@phillipson-uretsky.com

*Counsel for Plaintiff Bonwick Capital Partners, LLC*