UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BONWICK CAPITAL PARTNERS, LLC,

                  Plaintiff,

    -against-

BOUSTEAD SECURITIES, LLC, SHINECO, INC.
and NETWORK 1 FINANCIAL SECURITIES,
INC.,

                  Defendants.
------------------------------------------------------------x

17 Civ. 3681 (PGG)

**DECLARATION OF**
**HARRY H. RIMM**

HARRY H. RIMM, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at Sullivan & Worcester LLP ("S&W"). I submit this declaration in support of S&W's motion, pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, to withdraw as counsel of record for defendant Shineco, Inc. ("Shineco") in the above-captioned action.

2. Withdrawal can be accomplished without material adverse effect on Shineco's interests because no material proceedings have occurred in this case.

3. There are one or more grounds for permissive withdrawal under Rule 1.16(c) of New York's Rules of Professional Conduct that S&W will provide to the Court on an *in camera* basis if the Court requires.

4. S&W is not asserting a retaining or charging lien.

5. On several occasions since the beginning of this year, S&W advised Shineco of its intention to move to withdraw. S&W will promptly serve Shineco with as-filed copies of these motion papers by email and by Federal Express.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2018.

/s/Harry H. Rimm
Harry H. Rimm
