UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BONWICK CAPITAL PARTNERS LLC,

Plaintiff,

- against -

BOUSTEAD SECURITIES, LLC,
SHINECO, INC. and NETWORK 1
FINANCIAL SECURITIES, INC.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/18

**ORDER**

17 Civ. 3681 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Counsel for Defendant Shineco, Inc., has moved to withdraw. (Dkt. Nos. 31-33) The Court will conduct a conference on Friday, **June 22, 2018 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, to discuss defense counsel's application. A representative of the corporate defendant will appear at the conference.

Dated: New York, New York
       June 18, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge