

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

June 21, 2018

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *Bonwick Capital Partners v. Shineco, Inc.*, 17 Civ. 3681 (PGG)

Dear Judge Gardephe:

We are counsel of record to defendant Shineco, Inc. ("Shineco") in the above-referenced matter. We have been unable to confirm that a representative from Shineco will participate in the June 22, 2018 conference in connection with our motion to withdraw as Shineco's counsel.

As a result, we respectfully request that the conference be adjourned to July 12, 2018 at 10:15 a.m. (or earlier that same day in the event that the Court might be available). Plaintiff's counsel has informed us that he is available on the proposed date and at the proposed time. We will endeavor to ensure that a representative from Shineco, which is located in China, participates by telephone in the conference.

Respectfully yours,

/s/Clark A. Freeman

Clark A. Freeman

cc:     All Counsel of Record (Via ECF)