UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BONWICK CAPITAL PARTNERS LLC,

                Plaintiff,

        - against -

BOUSTEAD SECURITIES, LLC,
SHINECO, INC. and NETWORK 1
FINANCIAL SECURITIES, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/18

**ORDER**

17 Civ. 3681 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this matter previously scheduled for July 12, 2018 is adjourned to **July 26, 2018 at 9:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 13, 2018

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge